UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | (Judge             ) |
| REAL PROPERTY LOCATED AT 143 | ) | |
| INDIAN SPRING DRIVE, | ) | |
| STROUDSBURG, PENNSYLVANIA; | ) | |
| WELLS FARGO ACCOUNT NOS. | ) | |
| 2089401166 AND 2089401158; | ) | |
| 2015 BMW MODEL I8, VIN | ) | |
| WBY2Z2C59FV392441; 2016 | ) | |
| MCLAREN AUTOMOTIVE 570S | ) | |
| COUP, VIN SBM13DAA7GW000134; | ) | |
| 2015 MERCEDES GL350 BLUETEC, | ) | |
| VIN 4JGDF2EE3FA606052; | ) | |
| MISCELLANEOUS FIREARMS, | ) | |
| SCOPES, SIGHTS, BIPODS, | ) | |
| MAGNIFIERS AND OTHER | ) | |
| FIREARMS ACCESSORIES AND | ) | |
| FOUR ROLEX WATCHES SEIZED | ) | |
| FROM ROSS ROGGIO, | ) | |
| Defendants | ) | (Electronically filed) |

## VERIFIED COMPLAINT OF FORFEITURE

The United States of America, by and through its attorneys,

Bruce D. Brandler, United States Attorney for the Middle District of

Pennsylvania, and Jenny P. Roberts, Assistant U.S. Attorney, files this

Verified Complaint of Forfeiture in rem, respectfully alleging on

information and belief the following in accordance with Supplemental

Rule G(2) of the Federal Rules of Civil Procedure:

1.     This is an action to forfeit and condemn to the use and

benefit of the United States of America the following property:

    a.    Real property located at 143 Indian Spring Drive, Stroudsburg, Monroe County, Pennsylvania, Tax Map or Parcel ID Number 07/86262, current owner of record Ross William Roggio, former owner of record and estranged wife of Ross William Roggio, Kristy Merring-Roggio, with all appurtenances, improvements, and attachments thereon, legally described as:

> ALL THAT CERTAIN lot, tract, piece or parcel of land situate in the Township of Hamilton, County of Monroe, and Commonwealth of Pennsylvania, being described as follows, to wit:

> BEING Lot No. 13, Section Three, Indian Spring Farm, as shown on a plan of Indian Spring Farm (Section Three) prepared by J. Lavern Marshall drawn June 27, 1988, and recorded in the Office for the Recording of Deeds, in and for the County of Monroe, at Stroudsburg, Pennsylvania, in Plot Book 61, Page 116.

    b.    Wells Fargo account #2089401166 titled ROGGIO CONSULTING COMPANY LLC with Ross W. Roggio as an authorized signer on the account;

    c.    Wells Fargo account #2089401158 titled ROGGIO CONSULTING COMPANY LLC with Ross W. Roggio as an authorized signer on the account;

d.  2015 BMW Model I8, VIN WBY2Z2C59FV392441 registered to Ross Roggio and Kristy Roggio;

e.  2016 McLaren Automotive 570S Coup, VIN SBM13DAA7GW000134 registered to Ross Roggio and Kristy Roggio;

f.  2015 Mercedes GL350 BLUETEC, VIN 4JGDF2EE3FA606052 registered to Ross William Roggio;

g.  Four Rolex watches seized from Ross William Roggio more fully described as:

    i.  Rolex Oyster Perpetual Cosmograph "Daytona" 18K Rose Gold with a chocolate dial with a possible serial no. 4H2E2303;

    ii.  Rolex Geneve Cellini 18K Rose Gold with a black leather band and a black dial with a possible serial no. 50525 512F28Q1;

    iii.  Rolex Oyster Perpetual Day Date President with 18K Rose Gold and a possible serial no. H42V39543; and

    iv.  Rolex "Daytona" 18K Yellow Gold, Mother of Pearl and diamond dial with a possible serial no. 8Q0291C3.

h.  Miscellaneous firearms, scopes, sights, bipods, magnifiers and other firearms accessories seized from Ross William Roggio more fully described in Exhibit A of this document.

3

(hereinafter "defendant property", pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461.

2.     The defendant real property has not been seized.  The remaining defendant property is presently in the custody of the Federal Bureau of Investigation and United States Marshals Service.

3.     Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property.

4.     This court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5.     This court has in rem jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b).  Upon filing of this complaint, the plaintiff requests that the court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)c.

6.      Venue is proper in this district pursuant to 28 U.S.C. §
1355(b)(1) because the acts or omissions giving rise to the forfeiture
occurred in this district.

7.      The United States will, as provided by Supplemental Rule
G(4) and 18 U.S.C. § 985(b)(1) and (c)(1):

        a.      post notice of this action and a copy of the Complaint
                on the defendant real property; and

        b.      serve notice of this action on the defendant real
                property owner, and any other person or entity who
                may claim an interest in the defendant, along with a
                copy of the Complaint; and

        c.      file a lis pendens in county records of the defendant
                real property's status as a defendant in this in rem
                action.

8.      The United States alleges that the defendant real property is
subject to forfeiture to the United States because it constitutes proceeds
of, is derived from proceeds traceable to, or was used in any manner or

part to commit or facilitate the commission of violations of section 18
U.S.C. §§ 371, 554, 1349, 1956, and 1957.

9.    All of the facts alleged in this Verified Complaint are based
upon information and belief, the source of which is Thomas J.
O'Donnell, Special Agent, Federal Bureau of Investigation ("FBI"),
Jeffrey R. Burke, Special Agent, Homeland Security Investigations
("HSI"), and Scott Dunberg, Special Agent, United States Department
of Commerce ("DOC"), resulting from an investigation into the
conspiracy, smuggling, wire fraud, and money laundering activities by
Ross William Roggio ("Roggio"), the owner of the defendant property,
and others conducted by the FBI, HSI, and DOC.

10.    On or about March 30, 2016, FBI received information
regarding the potential export of controlled items, including rifling
combo buttons, from the United States to a foreign country without the
requisite DOC's Bureau of Industry and Security ("BIS") export license
by Roggio, his company Roggio Consulting Company, LLC ("RCC"), and
others.

11.    During the course of the investigation, FBI, HSI, and DOC learned that Roggio and his company, RCC, were hired to build a weapons and ammunition plant located in a foreign country where the United States has controlled and regulated the exports of arms and the trade of goods and services with that foreign country.

12.    On September 6, 2016, a BIS export license history check was performed and revealed no records of applications submitted by or on behalf of, and no BIS export licenses issued to or ever possessed by: Ross Roggio; Kristy Roggio; Ross Brogan; Roggio Arsenal; and Roggio Consulting; 116 Turkey Hill, PA or 143 Indian Spring, PA.

13.    The investigation revealed that Roggio would have gun parts shipped to RCC's business address located in the Middle District of Pennsylvania.  Then he would request that his wife at the time, Kristy Merring-Roggio, would ship those parts to him in that foreign country.

14.    On or about September 5, 2014, through July 25, 2016, a total of approximately $6,013,214.13 in international wire transfers occurred to bank accounts in the United States under the control of Roggio dba RCC including PNC account ending in 6274.  After PNC

exited their banking relationship with Roggio, he used funds from PNC to open Wells Fargo accounts ending in 1166 and 1158.  The investigation further revealed that Roggio and RCC used the monies received above via wire transfers to purchase and improve real property, motor vehicles, weapons, and accessories.

15.    Pennsylvania Department of Labor and Industry Employment queries conducted on April 10, 2017 of Roggio and Kristy Merring-Roggio's social security numbers were negative for employment in Pennsylvania for the last 16 quarters, meaning 4 years.

16.    On or about December 17, 2014, Kristy Merring-Roggio purchased real property located at 143 Indian Spring Drive, Stroudsburg, Monroe County, Pennsylvania with a Tax Map or Parcel ID Number 07/86262 using funds from a PNC account ending in 6274 titled to RCC.   On or about March 2, 2017, as a result of their pending divorce, the property was transferred from Kristy Merring-Roggio to Roggio.

17.    Investigators determined that, in and about 2015 through 2016, Roggio paid RJP Enterprises, a general contractor, to custom

build additional garages at his Indian Springs Drive residence, to store his multiple vehicles.  Checks totaling approximately $290,765.00 drawn on Wells Fargo account ending in 1158 were paid to RJP Enterprises.

18.     Investigators also determined that, in or about 2015, Roggio purchased more than approximately $40,000.00 worth of weapons and accessories, including, but not limited to, suppressors, also known as silencers.

19.     On or about July 13, 2015, a check from RCC's Wells Fargo account ending in 1158 was used to purchase a 2015 Mercedes GL350 BLUETEC with a VIN 4JGDF2EE3FA606052 registered to Ross William Roggio.

20.     On or about August 17, 2015, a check from RCC's Wells Fargo account ending in 1158 was used to purchase a 2015 BMW Model I8 with a VIN WBY2Z2C59FV392441 registered to Ross Roggio and Kristy Roggio.

21.     On or about March 24, 2016, a cashier's check totaling approximately $100,000.00 was used for the down payment on a 2016

McLaren Automotive 570S Coup with a VIN SBM13DAA7GW000134 registered to Ross Roggio and Kristy Roggio. This cashier's check was purchased with funds from RCC's Wells Fargo account ending in 1166. The lien holder on this vehicle is BMW Bank of North America, 5550 Britton Parkway, Hilliard, Ohio 43026.

22.    A review of RCC's Wells Fargo accounts revealed that the vast majority of, if not all, deposits to the accounts were derived from international wire transfers.

23.    Investigators determined that Roggio received funds into the accounts transmitted or transferred from places outside the United States with the intent to promote the carrying on of his illegal export/consulting business. Roggio deposited the proceeds of the fraud and money laundering scheme into accounts controlled by him, used said accounts to conceal the nature, location, source, ownership or control of the proceeds, and used the proceeds to promote the carrying on of his illegal export/consulting business and to make purchases including, but not limited to, real property, vehicles, weapons, and

accessories and the construction of additional structures on the real property.

24.     Based on the foregoing information, the defendant property constitutes proceeds of illegal activity, and/or was used or intended to be used to facilitate one or more violations of 18 U.S.C. §§ 371, 554, 1349, 1956, and 1957.  As a result of the foregoing, the defendant property is liable to condemnation and to forfeiture to the United States for it use, in accordance with 18 U.S.C. § 981(a)(1).

WHEREFORE, the United States of America prays that the court grant that notice of this action be given to all persons who reasonably appear to be potential claimants of interest in the property; that the defendant property be forfeited and condemned to the United

States of America; that the plaintiff be awarded its costs and

disbursements in this action and for such other and further relief as

this court deems proper and just.

Respectfully submitted,

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

By:     */s/ Jenny P. Roberts*
        JENNY P. ROBERTS
        ASSISTANT U.S. ATTORNEY
        235 N. WASHINGTON AVE., STE. 311
        SCRANTON, PA  18503
        PHONE: 570-348-2800
        FAX:  570-348-2037
        jenny.p.roberts@usdoj.gov
        PA89330

12

<u>VERIFICATION</u>

I, Jenny P. Roberts, Assistant United States Attorney, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint of Forfeiture <u>In</u> <u>Rem</u> is based on reports and information furnished by the Federal Bureau of Investigation, Homeland Security Investigations, and Department of Commerce and everything contained therein is true and correct to the best of my knowledge.

Respectfully submitted,

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

By:    */s/ Jenny P. Roberts*
JENNY P. ROBERTS
ASSISTANT U.S. ATTORNEY
235 N. WASHINGTON AVE., STE. 311
SCRANTON, PA  18503
PHONE: 570-348-2800
FAX:  570-348-2037
jenny.p.roberts@usdoj.gov
PA89330

13

Exhibit A

Ross Roggio
Gun list

1 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0084
2 Lyman, Model 1878, 45/70 caliber, serial number #18780392
3 Item 44A - Scope Leopold S/N 325343AA with FDE Springfield Armory Model M1A 30 cal S/N 336481
4 Black Silencer Co Supp. Model Specwar 556 S/N SPW-11021
5 Item 29A- Scope - From Safe in Basement with Black Rifle w/wooden stock Norinco Rifle Model NDM-86 Cal 7.62X54 S/N 701300
6 Item 26A-Scope Truglo No S/N with Black Ruger with wooden stock Model 10/22 Cal .22 S/N 0005-51177
7 Item 23A Eotech sight with Black CMMG 9mm short barrel rifle Model MK9 S/N SMT03019.
8 Item 22A Scope Leupold Mark 4scope S/N 161820AB with Black Sig Sauer Model MPX Pistol 9mm S/N 62B02121
9 Long Gun: KMP Classic Arms, M1919A4, .30 caliber, Serial# 757163 also 1711
10 Silencer: Salvo 12, 12 gauge, Serial# SAL12-5198 Silencer co.
11 Pistol: Colt, Commemorative Special Ops, .45 caliber, Serial# 2778280
12 Pistol: Desert Eagle, 50AE, .50 caliber, Serial# DK-0016164
13 Item 76A: Scope VISM with Long Gun: Ruger, 10/22, .22 LR caliber, Serial#824-01532
14 Long Gun: Ruger, 10/22, .22 LR caliber, Serial#824-01532 with Item 76A: scope VISM
15 Pistol: Heritage, Rough Rider, .22 caliber, Serial# C55366
16 Pistol: Benellli, MP95E, .22 LR caliber, Serial# 09070B
17 Long Gun: CA1, M1 Rifle, 30.06 caliber, Serial#M111778
18 Item 72A  scope with Long Gun: Moisen Magont, M91/30, 7.62x54 caliber, Serial#M9130S0361 Item 72A scope
19 Long Gun: Moisen Magont, M91/30T, 7.62x54 caliber, Serial#M9130S03614 with Item 72A scope
20 Long Gun: Tikka, T-3, .308 Winchester caliber, Serial#059939
21 Item 70A: Scope Nikon P-223 with Long Gun: Marlin Firearms Co, XT-22, .22 Mag caliber, Serial# MM31665B
22 Long Gun: Marlin Firearms Co, XT-22, .22 Mag caliber, Serial# MM31665B with Item 70A: Scope Nikon P-223
23 Long Gun: Savage Arms, 340D, .222 Rem caliber, Serial# 197304
24 Long Gun: Remington, 870, 12 gauge caliber, Serial# RS77066G
25 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0078
26 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0079
27 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0090
28 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0044
29 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0082
30 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0086
31 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0087
32 Long Gun: Tactical Innovations Inc, T15BDX, 5.56 caliber, Serial# 86700667
33 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0085
34 Long Gun: Armory, AR-15, 5.56 caliber, Serial# A0083
35 Long Gun: Century Arms, Centurian 93 Sporter US, 5.56 caliber, Serial# C9315088

36  Item 55A: Sight Mark red dot with Long Gun: Tactical Innovations, T15BDX, multi caliber, Serial# 86700666
37  Long Gun: Tactical Innovations, T15BDX, multi caliber, Serial# 86700666 with Item 55A: Sight Mark red dot
38  Long Gun: Kris, Vector, .45 ACP caliber, Serial# 45C016113
39  Long Gun: Century Arms, Centurian 39 Sporter, 7.62X39 caliber, Serial# C39WM-000661
40  Long Gun: Romarm, WASR, 7.62 caliber, Serial# A132605-15R0 with Item 52A, Optics,Trijicon RX34
41  Long Gun: Morinco, model:unknown, 5.56X45 caliber, Serial# 8451316952
42  Long Gun: Izhmash, Saiga 410, 7.62X39 caliber, Serial# H04200381
43  Long Gun: Century Arms, 70ABM, 7.62X39 caliber, Serial# WM02-000907
44  Long Gun: Century Arms, M70-AB2 Sporter, 7.62 caliber, Serial# AB2C103045
45  Long Gun: Fostech, model: unknown, 12 gauge caliber, Serial# 0000465
46  Item 46B: Bipod with Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593
47  Item 46A: Scope Firefield with Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593
48  Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593 with Item 46A: Scope Firefield
49  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304 with Item 45A: Optic, Trijicon RX34
50  Item 45A: Optic, Trijicon RX34with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304
51  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304 with Item 45A: Optic, Trijicon RX34
52  Long Gun: Kel Tech, RFB, 7.62 caliber, Serial# T2555
53  Item 43A: Aimpoint Micro H-1with Long Gun: Sturm Ruger, Ranch Rifle, 5.56 caliber, Serial# 583-11246
54  Long Gun: Sturm Ruger, Ranch Rifle, 5.56 caliber, Serial# 583-11246 with Item 43A: Aimpoint Micro H-1
55  Item 42B: Bipod, with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484
56  Item 42A: Scope, Leupold 1x9 with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484
57  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484 with Item 42A: Scope, Leupold 1x9
58  Long Gun: BFI, BACR, Mark 47, multi caliber, Serial# ACRD00647
59  Item 40B: Optic, EOTECH Magnifier with Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562
60  Item 40A: Optic, EOTECH red dot with Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562
61  Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562 with Item 40A: Optic, EOTECH red dot
62  Long Gun: PTR Industries, model: unknown, 3.08 caliber, Serial# AW14102
63  Item 38B: Optic EOTECH Magnifier with Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633
64  Item 38A: Optic EOTECH Holigraphic with Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633
65  Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633 with Item 38A: Optic EOTECH Holigraphic
66  Item 37A: Optics Trijicon Reflex RX34 with Long Gun: FN Hertsal, SCAR, 5.56 caliber, Serial# LC32494
67  Long Gun: FN Hertsal, SCAR, 5.56 caliber, Serial# LC32494 with Item 37A: Optics Trijicon Reflex RX34
68  Item 36A: Optics EOTECH with Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0033
69  Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0033 with Item 36A: Optics EOTECH
70  Item 35A: Optics Trijicon Reflex RX34 with Long Gun: Tavor, SAR, 5.56 caliber, Serial# T0015911
71  Long Gun: Tavor, SAR, 5.56 caliber, Serial# T0015911 with Item 35A: Optics Trijicon Reflex RX34
72  Item 34B: Bipod with Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C
73  Item 34A: Scope Zeiss Terra 3X with Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C

74  Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C with Item 34A: Scope Zeiss Terra 3X
75  Long Gun: Tavor, X95, 5.56 caliber, Serial# T0055070
76  Item 32A: Scope MSAR PN219 with Long Gun: MSAR, STG556, .223 caliber, Serial# 600-P002734
77  Item 31A: Optics, EOTECH with Long Gun: MSAR, XM17E4, .223 caliber, Serial# 600-P012022
78  Long Gun: MSAR, STG556, .223 caliber, Serial# 600-P002734 with Item 32A: Scope MSAR PN219
79  Long Gun: MSAR, XM17E4, .223 caliber, Serial# 600-P012022 with Item 31A: Optics, EOTECH
80  Item 30B: Optics - aimpoint with Pistol: Glock, 17, 9mm caliber, Serial# YBV536
81  Item 30A: RONI Pistol carbine conversion with Pistol: Glock, 17, 9mm caliber, Serial# YBV536
82  Pistol: Glock, 17, 9mm caliber, Serial# YBV536, Inside Item 30A: RONI Pistol carbine conversion
83  Item 29B: Bipod with Long Gun: Sig Sauer, 7.62mm NATO caliber, Serial# 22C013386
84  Item 29A: Apex Scope with Long Gun: Sig Sauer, 7.62mm NATO caliber, Serial# 22C013386
85  Long Gun: Sig Sauer, model: MR556, 7.62mm NATO caliber, Serial# 22C013386 with Item 29A: Apex Scope
86  Item 28A: Scope ACOG attached to Long Gun: Heckler & Koch, MR556, 5.56mm caliber, Serial# 241202064
87  Long Gun: Heckler & Koch, MR556, 5.56mm caliber, Serial# 241202064 with Item 28A: Scope ACOG
88  Pistol: Ruger, New Vaquero, 45 Colt caliber, Serial#SASS54920
89  Item 26A Scope Leupold VX-R, Serial # 186502AB withLong Gun: Springfield Armory, M1A, 7.62 Caliber, Serial# 347037
90  Long Gun: Springfield Armory, M1A, 7.62 Caliber, Serial# 347037 with Item 26A Scope Leupold VX-R, Serial # 186502AB
91  Item 25B Bipod withLong Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811
92  Item 25A Scope Leupold Mark 4 with Long Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811
93  Long Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811 with Item 25A Scope Leupold Mark 4
94  Item 24B -Bipod - with Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739
95  Item 24A Swarovski Z34-12x50 with Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739
96  Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739 with Item 24A Scope Swarovski Z34-12x50
97  Item 23A SScope Leupold VX-1 Serial# 161831AC with Long Gun: RND, Edge .223 Caliber Serial#2931124
98  Bipod - Item 23B with Long Gun: RND, Edge .223 Caliber Serial#2931124
99  Long Gun: RND, Edge .223 Caliber Serial#2931124 with Scope Leupold VX-1 Serial# 161831AC Item 23B
100  Bipod - Item 21B with Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928
101  Bipod - Item 20B with Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729 Bipod - Item 20B
102  Pistol: Heckler & Koch, SP5K, 9mm caliber, Serial# 215002826
103  Pistol/Revolver: Ruger, New Vaquero .45 Colt caliber, Serial# SASS54919
104  Pistol/Revolver: Pietta, Cimmaron .45 Caliber, Serial#E38704
105  Leupold Mark 4Scope Item 21A attached to Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928
106  Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928 with Leupold Mark 4Scope Item 21A
107  Leupold Mark 4 Scope Item 20A attached to Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729
108  Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729 with Leupold Mark 4Scope Item 20A
109  Pistol/Revolver: A. Uberti, 1873, model unknown, .45 Caliber, Serial# P37550
110  Pistol/Revolver: Old Saybrook, Traditions 45 Colt caliber, Serial#E58949
111  Pistol/Revolver: Filipietta, model unknown, .44 Caliber, Serial#653026

112 Pistol/Revolver: Ruger, New Vaquero .45 colt caliber, Serial# 512-64623

113 Pistol/Revolver: A. Uberti, 1873 .45 colt caliber, Serial # TC6294

114 Pistol/Revolver: A. Uberti, Cimarron .45 colt caliber, Serial#P37551

115 6A Scope Hi-Lux Optics Serial# 003175 attached to Long Gun: RRMW, Replica 1903, 30.06 Serial # 3998129, 6A Scope Hi-Lux Optics Serial# 003175

116 Item 3A Sight Mark Optics attached to Long Gun; Masterpiece Arms, Defender, 9mm caliber, Serial# B985076

117 Pistol/Revolver: Old Saybrook CZ, Traditions 45Colt caliber, Serial#E57108

118 Long Gun: Taurus, R92 .45 Colt caliber Serial#AM217918

Long Gun: CZ-USA, Huglu Hammer Classic Shotgun, 12Gauge Serial#15O3244. Per telephone call with ATF, National Tracing Center, trace request was modified to reflect an "O"
119 instead of a zero in the serial number.

120 Long Gun: Taurus, R92 .45 Colt caliber Serial#51T20531

121 Long Gun: RRMW, Replica 1903, 30.06 Serial # 3998129, 6A Scope Hi-Lux Optics Serial# 003175

122 Long Gun; DSA SA58 .308 Caliber Serial # DS41249

123 Long Gun; FNH Scar 17S, 7.62X51mm Serial # HC43137

124 Long Gun; Masterpiece Arms, Defender, 9mm caliber, Serial# B985076 with Item 3A Optics

125 Long Gun; CZ-USA Scorpion EV0351 9X19mm Serial # EV0351

126 Long gun: Sig Sauer, MPX 9mm Serial# 62B023427

FDE Springfield Armory Model M1A 30 cal S/N 336481 with Item 44A - Scope Leopold S/N 325343AA. ATF Trace Request for the weapon was corrected with the serial number
127 336481during telcal with Alex from the National Tracing Center.

128 Black Advanced Armorment Corp Suppressor Model Cyclops 50 S/N 500330 in case.

129 FDE Surefire Suppressor SOCOM556 S/N A51N01332.

130 FDE Surefire Suppressor SOCOM556 S/N A51N01331.

131 Black SWR Suppressor Mod Specwar S/N SW762-2289.

132 Black Silencer Co Supp. Model Specwar 556 S/N SPW-11020.

133 Black Griffin Armament Suppressor Model RECCES S/N REC5-0027 .

134 Black Silencerco Suppressor Specwar S/N SW-762-4578.

135 Black Griffin Armament Suppressor Model Recces S/N REC5-0026.

136 Black Griffin Armament Suppressor Model Sparatn3 S/N SP3-0080.

137 Black YHM Suppressor Mod. Phantom M2 S/N Y19391.

138 Black YHM Suppressor Mod. Phantom M2 S/N Y17980.

139 Black TBAC Suppressor Model 3388A S/N 51491.

140 Black TBAC Suppressor Model 3388A S/N 51490.

141 Black Rifle w/wooden stock Norinco Rifle Model NDM-86 Cal 7.62X54 S/N 701300 with Item 29A - Scope - From Safe in Basement.

142 Black Armory AR-15 rifle Model Armory-15 .223 cal S/N A0091 From Safe in Basement.

143 OD green Pof USA AR-10 Rifle Model P-308 S/N 12BA-13062 .38cal

144 Black Ruger with wooden stock Model 10/22 Cal .22 S/N 0005-51177 with Item 26A- Scope Truglo No S/N.

145 Black Armory AR15 Rifle Model Armory-15 cal .223 S/N A0092.

146 Black Zenith firearms short barrel rifle Model MKEZ5RS 9mm S/N T0624-15BH01066 9mm.

147 Black CMMG 9mm short barrel rifle Model MK9 S/N SMT03019 with Item 23A Eotech sight attached.

148 Item 22B - Black Suppressor attached to item #22, S/N REV9-0232. Griffin Armament Suppressor Revolution 9mm (Silencer could not be removed)

149 Black Sig Sauer Model MPX Pistol 9mm S/N 62B02121 with Item 22A Scope Leupold Mark 4scope S/N 161820AB and Item 22B Black suppressor attached to item #22, S/N REV9-0232.

150 Black Zenith Firearms short barrel rifle Model MKE25P 9mm S/N T0624-15BK00800

151 Attached to Item#19 Black Advanced Armament Corp. Suppressor Model element # 2 S/N E106548

152 Black Walther Model P22 22cal S/N WA094850 with attached Item 20 Black Advanced Armament Corp. Suppressor Model element # 2 S/N E106548

153 Item 17A - Black Griffin Armament Suppressor Revolution 9 S/N REV9-0294 with Black/Tan Springfield Armory Model XD9 pistol S/N MG436167 9mm

154 Black/Tan Springfield Armory Model XD9 pistol, caliber 9mm, S/N MG436167 9mm with Item 17A Black Griffin Armament Suppressor Revolution 9 S/N REV9-0294

155 Black Springfield Armory Operator 45cal. pistol S/N LW132150

156 Black Glock Model 19 9mm pistol S/N ZFW272

157 Black Colt Cobra 38 Spec. revolver S/N A73054

158 Black Colt Python 357mag. revolver S/N 82749E

159 Black Colt Python 357mag. revolver S/N K39803

160 Black Colt Python 357mag. revolver S/N 42376E

161 Black Springfield Armory Champion Operator 45cal pistol S/N LW134249

162 Black Berretta 92FS 9mm S/N BER678157

163 Silver Colt Anaconda 44mag revolver S/N MM48433

164 Black Glock Model 17 9mm S/N YZA710

165 Springfield Armory NRA 125th Anniversary #295 of 525, model 1076, 45 cal. S/N N342895

166 Silver Smith & Wesson pistol Model 1076, caliber unknown,serial: THB9323

167 Black Silnecerco Suppressor Model Octane 45 HD S/N OCT45-5275

168 Black Remington Model 1911 R1 Pistol 45cal. Serial: RHN39374A

169 Black Glock Pistol Model 26 9mm S/N ZAN199

170 Black Smith & Wesson Pro Series 45 cal. S/N UCW6022