UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | (Judge        ) |
| REAL PROPERTY LOCATED AT 143 | ) | |
| INDIAN SPRING DRIVE, | ) | |
| STROUDSBURG, PENNSYLVANIA; | ) | |
| WELLS FARGO ACCOUNT NOS. | ) | |
| 2089401166 AND 2089401158; | ) | |
| 2015 BMW MODEL I8, VIN | ) | |
| WBY2Z2C59FV392441; 2016 | ) | |
| MCLAREN AUTOMOTIVE 570S | ) | |
| COUP, VIN SBM13DAA7GW000134; | ) | |
| 2015 MERCEDES GL350 BLUETEC, | ) | |
| VIN 4JGDF2EE3FA606052; | ) | |
| MISCELLANEOUS FIREARMS, | ) | |
| SCOPES, SIGHTS, BIPODS, | ) | |
| MAGNIFIERS AND OTHER | ) | |
| FIREARMS ACCESSORIES AND | ) | |
| FOUR ROLEX WATCHES SEIZED | ) | |
| FROM ROSS ROGGIO, | ) | |
| Defendants | ) | (Electronically filed) |

NOTICE OF COMPLAINT FOR FORFEITURE
AGAINST REAL AND PERSONAL PROPERTY

A civil complaint seeking forfeiture pursuant to 18 U.S.C.

§ 981(a)(1) was filed on June 15, 2017 in the United States District

Court for the Middle District of Pennsylvania against the following

defendant property:

a.  Real property located at 143 Indian Spring Drive, Stroudsburg, Monroe County, Pennsylvania, Tax Map or Parcel ID Number 07/86262, current owner of record Ross William Roggio, former owner of record and estranged wife of Ross William Roggio, Kristy Merring-Roggio, with all appurtenances, improvements, and attachments thereon, legally described as:

> ALL THAT CERTAIN lot, tract, piece or parcel of land situate in the Township of Hamilton, County of Monroe, and Commonwealth of Pennsylvania, being described as follows, to wit:

> BEING Lot No. 13, Section Three, Indian Spring Farm, as shown on a plan of Indian Spring Farm (Section Three) prepared by J. Lavern Marshall drawn June 27, 1988, and recorded in the Office for the Recording of Deeds, in and for the County of Monroe, at Stroudsburg, Pennsylvania, in Plot Book 61, Page 116.

b.  Wells Fargo account #2089401166 titled ROGGIO CONSULTING COMPANY LLC with Ross W. Roggio as an authorized signer on the account;

c.  Wells Fargo account #2089401158 titled ROGGIO CONSULTING COMPANY LLC with Ross W. Roggio as an authorized signer on the account;

d.  2015 BMW Model I8, VIN WBY2Z2C59FV392441 registered to Ross Roggio and Kristy Roggio;

e.  2016 McLaren Automotive 570S Coup, VIN SBM13DAA7GW000134 registered to Ross Roggio and Kristy Roggio;

  f.  2015 Mercedes GL350 BLUETEC, VIN 4JGDF2EE3FA606052 registered to Ross William Roggio;

  g.  Four Rolex watches seized from Ross William Roggio more fully described as:

    i.  Rolex Oyster Perpetual Cosmograph "Daytona" 18K Rose Gold with a chocolate dial with a possible serial no. 4H2E2303;

    ii.  Rolex Geneve Cellini 18K Rose Gold with a black leather band and a black dial with a possible serial no. 50525 512F28Q1;

    iii.  Rolex Oyster Perpetual Day Date President with 18K Rose Gold and a possible serial no. H42V39543; and

    iv.  Rolex "Daytona" 18K Yellow Gold, Mother of Pearl and diamond dial with a possible serial no. 8Q0291C3.

  h.  Miscellaneous firearms, scopes, sights, bipods, magnifiers and other firearms accessories seized from Ross William Roggio more fully described in Exhibit A of this document.

The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

  Pursuant to Rule G(4)(b) and 18 U.S.C. § 985(c)(1) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, direct notice of this action was sent on _____.

All persons asserting an interest in the defendant property and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the court allows, provided any request for an extension of time from the court is made prior to the expiration of time which the person must file such verified claim.  In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the claim and any person having timely filed such claim and answer must appear before this court.

Supplemental Rule G(5) provides in pertinent part: "The claim must : (A) identify the specific property claimed; (B) identify the

claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

Any claim filed with the seizing agency in an administrative proceeding and any petition filed in a related criminal action are **NOT** a substitute for the claim that must be filed in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

Claims and answers are to be filed with the Clerk, United States District Court for the Middle District of Pennsylvania, 228 Walnut Street, Harrisburg, Pennsylvania 17108 with a copy thereof sent to Bruce D. Brandler, United States Attorney for the Middle District of Pennsylvania, and Jenny P. Roberts, Assistant U.S. Attorney, 235 North Washington Avenue, Scranton, Pennsylvania 18503, (570) 348-2800, Attorneys for Plaintiff.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619, 28 C.F.R. § 9, and 18 U.S.C. § 985.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture.

U.S. Marshals Service
Harrisburg, PA 17108

Exhibit A

Ross Roggio
Gun list

1 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0084
2 Lyman, Model 1878, 45/70 caliber, serial number #18780392
3 Item 44A - Scope Leopold S/N 325343AA with FDE Springfield Armory Model M1A 30 cal S/N 336481
4 Black Silencer Co Supp. Model Specwar 556 S/N SPW-11021
5 Item 29A- Scope - From Safe in Basement with Black Rifle w/wooden stock Norinco Rifle Model NDM-86 Cal 7.62X54 S/N 701300
6 Item 26A-Scope Truglo No S/N with Black Ruger with wooden stock Model 10/22 Cal .22 S/N 0005-51177
7 Item 23A Eotech sight with Black CMMG 9mm short barrel rifle Model MK9 S/N SMT03019.
8 Item 22A Scope Leupold Mark 4scope S/N 161820AB with Black Sig Sauer Model MPX Pistol 9mm S/N 62B02121
9 Long Gun: KMP Classic Arms, M1919A4, .30 caliber, Serial# 757163 also 1711
10 Silencer: Salvo 12, 12 gauge, Serial# SAL12-5198 Silencer co.
11 Pistol: Colt, Commemorative Special Ops, .45 caliber, Serial# 2778280
12 Pistol: Desert Eagle, 50AE, .50 caliber, Serial# DK-0016164
13 Item 76A: Scope VISM with Long Gun: Ruger, 10/22, .22 LR caliber, Serial#824-01532
14 Long Gun: Ruger, 10/22, .22 LR caliber, Serial#824-01532 with Item 76A: scope VISM
15 Pistol: Heritage, Rough Rider, .22 caliber, Serial# C55366
16 Pistol: Benellli, MP95E, .22 LR caliber, Serial# 09070B
17 Long Gun: CA1, M1 Rifle, 30.06 caliber, Serial#M111778
18 Item 72A  scope with Long Gun: Moisen Magont, M91/30, 7.62x54 caliber, Serial#M9130S0361 Item 72A scope
19 Long Gun: Moisen Magont, M91/30T, 7.62x54 caliber, Serial#M9130S03614 with Item 72A scope
20 Long Gun: Tikka, T-3, .308 Winchester caliber, Serial#059939
21 Item 70A: Scope Nikon P-223 with Long Gun: Marlin Firearms Co, XT-22, .22 Mag caliber, Serial# MM31665B
22 Long Gun: Marlin Firearms Co, XT-22, .22 Mag caliber, Serial# MM31665B with Item 70A: Scope Nikon P-223
23 Long Gun: Savage Arms, 340D, .222 Rem caliber, Serial# 197304
24 Long Gun: Remington, 870, 12 gauge caliber, Serial# RS77066G
25 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0078
26 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0079
27 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0090
28 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0044
29 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0082
30 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0086
31 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0087
32 Long Gun: Tactical Innovations Inc, T15BDX, 5.56 caliber, Serial# 86700667
33 Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0085
34 Long Gun: Armory, AR-15, 5.56 caliber, Serial# A0083
35 Long Gun: Century Arms, Centurian 93 Sporter US, 5.56 caliber, Serial# C9315088

36  Item 55A: Sight Mark red dot with Long Gun: Tactical Innovations, T15BDX, multi caliber, Serial# 86700666
37  Long Gun: Tactical Innovations, T15BDX, multi caliber, Serial# 86700666 with Item 55A: Sight Mark red dot
38  Long Gun: Kris, Vector, .45 ACP caliber, Serial# 45C016113
39  Long Gun: Century Arms, Centurian 39 Sporter, 7.62X39 caliber, Serial# C39WM-000661
40  Long Gun: Romarm, WASR, 7.62 caliber, Serial# A132605-15R0 with Item 52A, Optics,Trijicon RX34
41  Long Gun: Morinco, model:unknown, 5.56X45 caliber, Serial# 8451316952
42  Long Gun: Izhmash, Saiga 410, 7.62X39 caliber, Serial# H04200381
43  Long Gun: Century Arms, 70ABM, 7.62X39 caliber, Serial# WM02-000907
44  Long Gun: Century Arms, M70-AB2 Sporter, 7.62 caliber, Serial# AB2C103045
45  Long Gun: Fostech, model: unknown, 12 gauge caliber, Serial# 0000465
46  Item 46B: Bipod with Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593
47  Item 46A: Scope Firefield with Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593
48  Long Gun: Smith & Wesson, M&P15-22, .22 LR caliber, Serial# HBW5593 with Item 46A: Scope Firefield
49  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304 with Item 45A: Optic, Trijicon RX34
50  Item 45A: Optic, Trijicon RX34with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304
51  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48007304 with Item 45A: Optic, Trijicon RX34
52  Long Gun: Kel Tech, RFB, 7.62 caliber, Serial# T2555
53  Item 43A: Aimpoint Micro H-1with Long Gun: Sturm Ruger, Ranch Rifle, 5.56 caliber, Serial# 583-11246
54  Long Gun: Sturm Ruger, Ranch Rifle, 5.56 caliber, Serial# 583-11246 with Item 43A: Aimpoint Micro H-1
55  Item 42B: Bipod, with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484
56  Item 42A: Scope, Leupold 1x9 with Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484
57  Long Gun: Heckler & Koch, SL8-1, .223 caliber, Serial# 48009484 with Item 42A: Scope, Leupold 1x9
58  Long Gun: BFI, BACR, Mark 47, multi caliber, Serial# ACRD00647
59  Item 40B: Optic, EOTECH Magnifier with Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562
60  Item 40A: Optic, EOTECH red dot with Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562
61  Long Gun: CMMG Inc., Mark 47, 7.62 x 39 caliber, Serial# KWT02562 with Item 40A: Optic, EOTECH red dot
62  Long Gun: PTR Industries, model: unknown, 3.08 caliber, Serial# AW14102
63  Item 38B: Optic EOTECH Magnifier with Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633
64  Item 38A: Optic EOTECH Holigraphic with Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633
65  Long Gun: Ruger, SR-556, 5.56 caliber, Serial# 594-00633 with Item 38A: Optic EOTECH Holigraphic
66  Item 37A: Optics Trijicon Reflex RX34 with Long Gun: FN Hertsal, SCAR, 5.56 caliber, Serial# LC32494
67  Long Gun: FN Hertsal, SCAR, 5.56 caliber, Serial# LC32494 with Item 37A: Optics Trijicon Reflex RX34
68  Item 36A: Optics EOTECH with Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0033
69  Long Gun: Armory, Armory-15, 5.56 caliber, Serial# A0033 with Item 36A: Optics EOTECH
70  Item 35A: Optics Trijicon Reflex RX34 with Long Gun: Tavor, SAR, 5.56 caliber, Serial# T0015911
71  Long Gun: Tavor, SAR, 5.56 caliber, Serial# T0015911 with Item 35A: Optics Trijicon Reflex RX34
72  Item 34B: Bipod with Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C
73  Item 34A: Scope Zeiss Terra 3X with Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C

74 Long Gun: Remington, Model 700AAC-SD, .300 AAC Blackout caliber, Serial# RR76324C with Item 34A: Scope Zeiss Terra 3X

75 Long Gun: Tavor, X95, 5.56 caliber, Serial# T0055070

76 Item 32A: Scope MSAR PN219 with Long Gun: MSAR, STG556, .223 caliber, Serial# 600-P002734

77 Item 31A: Optics, EOTECH with Long Gun: MSAR, XM17E4, .223 caliber, Serial# 600-P012022

78 Long Gun: MSAR, STG556, .223 caliber, Serial# 600-P002734 with Item 32A: Scope MSAR PN219

79 Long Gun: MSAR, XM17E4, .223 caliber, Serial# 600-P012022 with Item 31A: Optics, EOTECH

80 Item 30B: Optics - aimpoint with Pistol: Glock, 17, 9mm caliber, Serial# YBV536

81 Item 30A: RONI Pistol carbine conversion with Pistol: Glock, 17, 9mm caliber, Serial# YBV536

82 Pistol: Glock, 17, 9mm caliber, Serial# YBV536, Inside Item 30A: RONI Pistol carbine conversion

83 Item 29B: Bipod with Long Gun: Sig Sauer, 7.62mm NATO caliber, Serial# 22C013386

84 Item 29A: Apex Scope with Long Gun: Sig Sauer, 7.62mm NATO caliber, Serial# 22C013386

85 Long Gun: Sig Sauer, model: MR556, 7.62mm NATO caliber, Serial# 22C013386 with Item 29A: Apex Scope

86 Item 28A: Scope ACOG attached to Long Gun: Heckler & Koch, MR556, 5.56mm caliber, Serial# 241202064

87 Long Gun: Heckler & Koch, MR556, 5.56mm caliber, Serial# 241202064 with Item 28A: Scope ACOG

88 Pistol: Ruger, New Vaquero, 45 Colt caliber, Serial#SASS54920

89 Item 26A Scope Leupold VX-R, Serial # 186502AB withLong Gun: Springfield Armory, M1A, 7.62 Caliber, Serial# 347037

90 Long Gun: Springfield Armory, M1A, 7.62 Caliber, Serial# 347037 with Item 26A Scope Leupold VX-R, Serial # 186502AB

91 Item 25B Bipod withLong Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811

92 Item 25A Scope Leupold Mark 4 with Long Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811

93 Long Gun: Barrett, 82A1, .50 Caliber, Serial#AA003811 with Item 25A Scope Leupold Mark 4

94 Item 24B -Bipod - with Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739

95 Item 24A Swarovski Z34-12x50 with Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739

96 Long Gun: Weatherby, Mark 4, Caliber unknown, Serial#BW006739 with Item 24A Scope Swarovski Z34-12x50

97 Item 23A SScope Leupold VX-1 Serial# 161831AC with Long Gun: RND, Edge .223 Caliber Serial#2931124

98 Bipod - Item 23B with Long Gun: RND, Edge .223 Caliber Serial#2931124

99 Long Gun: RND, Edge .223 Caliber Serial#2931124 with Scope Leupold VX-1 Serial# 161831AC Item 23B

100 Bipod - Item 21B with Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928

101 Bipod - Item 20B with Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729 Bipod - Item 20B

102 Pistol: Heckler & Koch, SP5K, 9mm caliber, Serial# 215002826

103 Pistol/Revolver: Ruger, New Vaquero .45 Colt caliber, Serial# SASS54919

104 Pistol/Revolver: Pietta, Cimmaron .45 Caliber, Serial#E38704

105 Leupold Mark 4Scope Item 21A attached to Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928

106 Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30928 with Leupold Mark 4Scope Item 21A

107 Leupold Mark 4 Scope Item 20A attached to Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729

108 Long Gun: Armory, TAC 338, .338 Lapua Mag Caliber Serial#TB30729 with Leupold Mark 4Scope Item 20A

109 Pistol/Revolver: A. Uberti, 1873, model unknown, .45 Caliber, Serial# P37550

110 Pistol/Revolver: Old Saybrook, Traditions 45 Colt caliber, Serial#E58949

111 Pistol/Revolver: Filipietta, model unknown, .44 Caliber, Serial#653026

112 Pistol/Revolver: Ruger, New Vaquero .45 colt caliber, Serial# 512-64623

113 Pistol/Revolver: A. Uberti, 1873 .45 colt caliber, Serial # TC6294

114 Pistol/Revolver: A. Uberti, Cimarron .45 colt caliber, Serial#P37551

115 6A Scope Hi-Lux Optics Serial# 003175 attached to Long Gun: RRMW, Replica 1903, 30.06 Serial # 3998129, 6A Scope Hi-Lux Optics Serial# 003175

116 Item 3A Sight Mark Optics attached to Long Gun; Masterpiece Arms, Defender, 9mm caliber, Serial# B985076

117 Pistol/Revolver: Old Saybrook CZ, Traditions 45Colt caliber, Serial#E57108

118 Long Gun: Taurus, R92 .45 Colt caliber Serial#AM217918

Long Gun: CZ-USA, Huglu Hammer Classic Shotgun, 12Gauge Serial#15O3244. Per telephone call with ATF, National Tracing Center, trace request was modified to reflect an "O"
119 instead of a zero in the serial number.

120 Long Gun: Taurus, R92 .45 Colt caliber Serial#51T20531

121 Long Gun: RRMW, Replica 1903, 30.06 Serial # 3998129, 6A Scope Hi-Lux Optics Serial# 003175

122 Long Gun; DSA SA58 .308 Caliber Serial # DS41249

123 Long Gun; FNH Scar 17S, 7.62X51mm Serial # HC43137

124 Long Gun; Masterpiece Arms, Defender, 9mm caliber, Serial# B985076 with Item 3A Optics

125 Long Gun; CZ-USA Scorpion EV0351 9X19mm Serial # EV0351

126 Long gun: Sig Sauer, MPX 9mm Serial# 62B023427

FDE Springfield Armory Model M1A 30 cal S/N 336481 with Item 44A - Scope Leopold S/N 325343AA. ATF Trace Request for the weapon was corrected with the serial number
127 336481during telcal with Alex from the National Tracing Center.

128 Black Advanced Armorment Corp Suppressor Model Cyclops 50 S/N 500330 in case.

129 FDE Surefire Suppressor SOCOM556 S/N A51N01332.

130 FDE Surefire Suppressor SOCOM556 S/N A51N01331.

131 Black SWR Suppressor Mod Specwar S/N SW762-2289.

132 Black Silencer Co Supp. Model Specwar 556 S/N SPW-11020.

133 Black Griffin Armament Suppressor Model RECCES S/N REC5-0027 .

134 Black Silencerco Suppressor Specwar S/N SW-762-4578.

135 Black Griffin Armament Suppressor Model Recces S/N REC5-0026.

136 Black Griffin Armament Suppressor Model Sparatn3 S/N SP3-0080.

137 Black YHM Suppressor Mod. Phantom M2 S/N Y19391.

138 Black YHM Suppressor Mod. Phantom M2 S/N Y17980.

139 Black TBAC Suppressor Model 3388A S/N 51491.

140 Black TBAC Suppressor Model 3388A S/N 51490.

141 Black Rifle w/wooden stock Norinco Rifle Model NDM-86 Cal 7.62X54 S/N 701300 with Item 29A- Scope - From Safe in Basement.

142 Black Armory AR-15 rifle Model Armory-15 .223 cal S/N A0091 From Safe in Basement.

143 OD green Pof USA AR-10 Rifle Model P-308 S/N 12BA-13062 .38cal

144 Black Ruger with wooden stock Model 10/22 Cal .22 S/N 0005-51177 with Item 26A- Scope Truglo No S/N.

145 Black Armory AR15 Rifle Model Armory-15 cal .223 S/N A0092.

146 Black Zenith firearms short barrel rifle Model MKEZ5RS 9mm S/N T0624-15BH01066 9mm.

147 Black CMMG 9mm short barrel rifle Model MK9 S/N SMT03019 with Item 23A Eotech sight attached.

148 Item 22B - Black Suppressor attached to item #22, S/N REV9-0232. Griffin Armament Suppressor Revolution 9mm (Silencer could not be removed)
    Black Sig Sauer Model MPX Pistol 9mm S/N 62B02121 with Item 22A Scope Leupold Mark 4scope S/N 161820AB and Item 22B Black suppressor attached to item #22, S/N REV9-
149 0232.
150 Black Zenith Firearms short barrel rifle Model MKE25P 9mm S/N T0624-15BK00800
151 Attached to Item#19 Black Advanced Armament Corp. Suppressor Model element # 2 S/N E106548
152 Black Walther Model P22 22cal S/N WA094850 with attached Item 20 Black Advanced Armament Corp. Suppressor Model element # 2 S/N E106548
153 Item 17A - Black Griffin Armament Suppressor Revolution 9 S/N REV9-0294 with Black/Tan Springfield Armory Model XD9 pistol S/N MG436167 9mm

154 Black/Tan Springfield Armory Model XD9 pistol, caliber 9mm, S/N MG436167 9mm with Item 17A Black Griffin Armament Suppressor Revolution 9 S/N REV9-0294
155 Black Springfield Armory Operator 45cal. pistol S/N LW132150
156 Black Glock Model 19 9mm pistol S/N ZFW272
157 Black Colt Cobra 38 Spec. revolver S/N A73054
158 Black Colt Python 357mag. revolver S/N 82749E
159 Black Colt Python 357mag. revolver S/N K39803
160 Black Colt Python 357mag. revolver S/N 42376E
161 Black Springfield Armory Champion Operator 45cal pistol S/N LW134249
162 Black Berretta 92FS 9mm S/N BER678157
163 Silver Colt Anaconda 44mag revolver S/N MM48433
164 Black Glock Model 17 9mm S/N YZA710
165 Springfield Armory NRA 125th Anniversary #295 of 525, model 1076, 45 cal. S/N N342895
166 Silver Smith & Wesson pistol Model 1076, caliber unknown,serial: THB9323
167 Black Silnecerco Suppressor Model Octane 45 HD S/N OCT45-5275
168 Black Remington Model 1911 R1 Pistol 45cal. Serial: RHN39374A
169 Black Glock Pistol Model 26 9mm S/N ZAN199
170 Black Smith & Wesson Pro Series 45 cal. S/N UCW6022