## DECLARATION

I am a Special Agent with the Homeland Security Investigations, and the agent assigned the responsibility for this case.

I have read the foregoing complaint for forfeiture, and the statements contained therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2017.

_____
JEFFREY R. BURKE, Special Agent
Homeland Security Investigations

## DECLARATION

I am a Special Agent with the United States Department of Commerce, and the agent assigned the responsibility for this case.

I have read the foregoing complaint for forfeiture, and the statements contained therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____8____ day of June, 2017.

_____
SCOTT DUNBERG, Special Agent
United States Department of Commerce

## DECLARATION

I am a Special Agent with the Federal Bureau of Investigation, and the agent assigned the responsibility for this case.

I have read the foregoing complaint for forfeiture, and the statements contained therein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____12____ day of June, 2017.

_____
THOMAS J. O'DONNELL, Special Agent
Federal Bureau of Investigation