UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:17-CV-1049 |
| ) | |
| v. ) | |
| ) | (Judge Mariani) |
| REAL PROPERTY LOCATED AT 143 ) | |
| INDIAN SPRING DRIVE, ) | |
| STROUDSBURG, PENNSYLVANIA; ) | |
| WELLS FARGO ACCOUNT NOS. ) | |
| 2089401166 AND 2089401158; ) | |
| 2015 BMW MODEL I8, VIN ) | |
| WBY2Z2C59FV392441; 2016 ) | FILED |
| MCLAREN AUTOMOTIVE 570S ) | SCRANTON |
| COUP, VIN SBM13DAA7GW000134; ) | |
| 2015 MERCEDES GL350 BLUETEC, ) | JUN 16 2017 |
| VIN 4JGDF2EE3FA606052; ) | |
| MISCELLANEOUS FIREARMS, ) | PER /s/ |
| SCOPES, SIGHTS, BIPODS, ) | DEPUTY CLERK |
| MAGNIFIERS AND OTHER ) | |
| FIREARMS ACCESSORIES AND ) | |
| FOUR ROLEX WATCHES SEIZED ) | |
| FROM ROSS ROGGIO, ) | |
| Defendants ) | (Electronically filed) |

## ORDER

AND NOW, this 16th day of June, 2017, the court finds that good cause exists for the stay requested by the Government pursuant to 18 U.S.C. § 981(g) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the Government to prosecute the related criminal case. Therefore, it is ORDERED that this case is stayed until the related criminal matter has been concluded.

IT IS FURTHER ORDERED, that Plaintiff shall notify the Court of the

disposition of the criminal matter no later than thirty (30) days following said disposition.

ROBERT D. MARIANI
United States District Judge